■ CARMELLA BATTISTA et al., Appellants, v FAY A. RIZZI et al., Respondents, et al., Defendants. [644 NYS2d 332] ■

The trial court properly excluded from evidence the police accident report, since the subscribing officer did not witness the accident and was unable to indicate the actual source of the information contained in the report *(see, Matter of Aetna*

534

*Cas. & Sur. Co. v Stone,* 170 AD2d 599; *Gagliano v Vaccaro,* 97 AD2d 430; *Avram v Haddad,* 88 AD2d 942; *Murray v Donlan,* 77 AD2d 337). Rosenblatt, J. P., Sullivan, Copertino, Santucci and Goldstein, JJ., concur.